IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL UNION OF | : | CIVIL ACTION |
| OPERATING ENGINEERS OF | : | |
| EASTERN PENNSYLVANIA, <u>et al.</u> | : | NO. 02-CV-4666 |
| | : | |
| v. | : | |
| | : | |
| MASTRO MASONRY | : | |

<u>ORDER</u>

**AND NOW**, this _____ day of January, 2003, upon notification that the above-captioned case has been reassigned to the calendar of the Honorable James Knoll Gardner, **IT IS ORDERED** that the hearing scheduled for Wednesday, January 15, 2003, is hereby **CANCELLED**.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**